## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Ciara Corbett, being first duly sworn, make this affidavit in support of an application for a search warrant for information associated with a certain account that is stored at premises owned, maintained, controlled, or operated by Truth Social and/or T Media Tech LLC, an electronic communications service and/or remote computing service provider located at 1100 South Ocean Blvd, Palm Beach, Florida 33480.

1. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(l)(A) and 2703(c)(l)(A) to require Truth Social to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2020. I am currently assigned to the FBI's Boston Division, Providence, Rhode Island Resident Agency, Joint Terrorism Task Force (JTTF). As a Special Agent, I have received instruction and on the job training in various aspects of law enforcement. During my employment with the FBI, I have participated in investigations involving international and domestic terrorism, interstate threatening communications, and other federal violations. In the course of those investigations, I have executed numerous search and arrest warrants, conducted physical and electronic surveillance including via the Internet, utilized information from cellular service providers, including historical cell site and location information, and secured other relevant information utilizing additional technological investigative techniques. This affidavit is

intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 115(a)(l)(B) (threats to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer), 871 (threats against the President), and 875(c) (interstate threats), as described in Attachment B have been committed by Carl D. Montague. There is also probable cause to search the information described in Attachment A for evidence of these crimes as described in Attachment B.

## JURISDISCTION

1. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(l)(A), & (c)(l)(A). Specifically, the Court is "a district court of the United States ... that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

2. On June 27, 2025, at 11:30 pm, Trump Media and Technology (T Media Tech), the parent organization of social media platform Truth Social, notified the United States Secret Service (USSS) of a threat submitted by an unknown subject utilizing Truth Social handle @tacoustic (NRID),[1] posted towards President Donald Trump (POTUS), Attorney General Bondi, and White House Deputy Chief of Staff Stephen Miller (DCOS Miller). The threat read:

> "It's a shame you won't get to see the end of your f****** term, because I'm gonna make sure I put a bullet rate (sic) between your f****** head you piece of s***, you Pam

---

[1] Truth Media did not provide a definition for "NRID" but based on my training and experience I believe it could stand for Network Recognition Identification.

Bondi. Stephen f****** miller, all you b******, are gonna get a f****** bullet to the head every single f****** one of you."

3. T Media Tech provided the Truth Social subscriber information for handle @tacoustic as email address ▇▇▇791@gmail.com and location, Providence, Rhode Island.

4. On June 28, 2025, at 3:45 pm EST the National Threat Operations Center (NTOC) Operations Control Center (OCC) received an electronic tip submitted by the FBI's Strategic Information & Operations Center (SIOC) regarding the above threats towards POTUS, DCOS Miller and AG Bondi.

5. On June 28, 2025, an Emergency Disclosure Request (EDR) was submitted to Google for email address ▇▇▇791@gmail.com. Google returns provided the last data connection IP address of 96.238.1.154 location Providence, RI. Open-source searches showed that IP address 96.238.1.154 belongs to Internet Service Provider (ISP) Verizon.

6. On June 29, 2025, an EDR was submitted to Verizon Wireless for IP address 96.238.1.154. Verizon returns provided Customer name "Open Doors," Account Address ▇▇▇▇▇▇▇▇▇▇▇▇ Providence, RI, daytime phone 4012141818.

7. A possible PayPal account was identified through open-source searches for ▇▇▇791@gmail.com. On June 29, 2025, an EDR was submitted to PayPal for email address ▇▇▇2791@gmail.com. PayPal returns provided PayPal account 5212342639583498385, subscriber Carl Montague, DOB ▇▇/▇▇/1987, SSN ▇▇▇-▇▇-3901, phone number ▇▇▇-▇▇▇-9390, address ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Providence, RI 02909.

8. Further EDR returns provided by PayPal identified an additional account, 5441262177561231650, subscriber Carl Montague, DOB ▇▇/▇▇/1987, SSN ▇▇▇-▇▇-3901, phone number ▇▇▇-▇▇▇-9390, address ▇▇▇▇▇▇▇▇▇▇▇▇ Providence, RI 02909, email address ▇▇▇791@gmail.com. Additionally, on March 8, 2025, account 5441262177561231650 registered a mobile login to IP address 96.238.1.154.

9. On Sunday, June 29, 2025, agents attempted to locate Carl Montague at ▇▇▇▇▇▇▇▇▇▇, Providence, RI. The building located at ▇▇▇▇▇▇▇▇▇▇▇ is an apartment

building associated with Open Doors, a non-profit organization dedicated to assisting individuals re-entering society post incarceration. The building had a secure entrance, so agents were unable to gain entry, as the front office was closed on Sunday. Your affiant provided a photo of MONTAGUE to several individuals sitting outside the building entrance who stated they recognized the individual as ▓▓▓ friend" but indicated he had not lived there in a few years.

10.     Open-source searches conducted on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Providence, RI yielded results for a ▓▓▓▓▓▓▓▓ whom your affiant believed could be the ▓▓▓ the individuals had referenced previously.

11.     On Monday, June 30, 2025, agents attempted to locate MONTAGUE again at ▓▓ ▓▓▓▓▓▓▓▓. Agents coordinated with Open Doors Program Management to approach Apartment ▓▓. Agents made contact with ▓▓▓▓▓▓▓▓ who claimed he knew MONTAGUE; however, ▓▓ stated that MONTAGUE was not there, and that he (▓▓▓▓) had not seen him (MONTAGUE) in a few days.

12.     Open Doors management suggested a resident on the third floor knew ▓▓▓ and may know of MONTAGUE. Agents and management proceeded to speak to the resident who insisted MONTAGUE was most likely in ▓▓'s apartment at that moment. The individual also stated MONTAGUE occasionally physically assaults ▓▓. Agents and management returned to the second floor. Management entered Apartment ▓▓ for an Annual Apartment Check and confirmed that MONTAGUE was inside the apartment hiding in the bathtub. Management asked MONTAGUE to speak to agents. MONTAGUE agreed to speak to agents, but only inside the apartment. Agents spoke to MONTAGUE and ▓▓ separately.

13.     MONTAGUE began confessing to making threats before agents were able to introduce themselves or explained why they were there. Your affiant identified herself and presented a copy of the threat and asked MONTAGUE if it was the post he is talking about. MONTAGUE confirmed it was the post he submitted.

14.     The copy of the threat your affiant presented to MONTAGUE appeared exactly as follows:

An unknown subject, utilizing Truth Social handle @tacoustic (NRID), posted a threat towards POTUS, DCOS Miller, and AG Bondi. The threat reads, "It's a shame you won't get to see the end of your f****** term, because I'm gonna make sure I put a bullet rate (sic) between your f****** head you piece of s***, you Pam Bondi. Stephen f****** miller, all you b******, are gonna get a f****** bullet to the head every single f****** one of you."

15. MONTAGUE reviewed the threat and acknowledged it was the threat he posted from his Truth Social account.

16. MONTAGUE stated he was smoking a lot of marijuana when he posted the threat. MONTAGUE claimed he deleted his Truth Social account after sending the message. MONTAGUE was upset with current politics and expressed his frustrations via Truth Social. MONTAGUE did not have a specific reason to direct his threat towards DCOS Miller and AG Bondi. MONTAGUE observed their names in prior threads and posts he was viewing and the submitted his post. MONTAGUE claimed he could not identify AG Bondi. MONTAGUE expressed remorse for his post.

17. MONTAGUE stated he did not have any intentions of shooting or inflicting any violence on any government officials. MONTAGUE does not own or have access to any weapons. MONTAGUE did not have plans, intentions, or the means to travel to conduct violence

18. On July 7, 2025, a Criminal Complaint and Arrest Warrant were obtained from the United States District Court for the District of Rhode Island for MONTAGUE for the following violations: 18 U.S.C. § 115(a)(1)(B), 18 U.S.C. § 871, and 18 U.S.C. § 875(c). The FBI executed the arrest warrant on July 9, 2025, at ▬▬▬▬▬▬▬, Providence, RI, apartment ▬▬, without incident.

19. On July 18, 2025, your affiant submitted a Preservation Request to T Media Tech LLC requesting preservation of all Truth Social account records for facilities Truth Social handle @tacoustic and email account ▬▬791@gmail.com. Data was requested to be preserved for a period of 90 days. Your affiant did not receive a response from T Media Tech.

## **BACKGROUND CONCERNING TRUTH SOCIAL**

20. Based on my training and experience, I use the following technical terms to convey the following meanings:

    a. IP Address: The Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address looks like a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static-that is, long-term-IP addresses, while other computers have dynamic-that is, frequently changed-IP addresses.

    b. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

    c. Storage medium: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

21. Truth Social owns and operates a free-access social-networking website of the same name that can be accessed at http://www.truthsocial.com. Truth Social allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and location information. Truth Social also permits users create communications called "Truths" or "Retruths" to individuals whom they approve. These features are described in more detail below.

22. Upon creating a Truth Social account, a Truth Social user must create a unique Truth Social username and an account password, and the user may also select a different name of 20 characters or fewer to identify his or her Truth Social account. The Truth Social user may also change this username, password, and name without having to open a new Truth Social account.

23. Truth Social may ask users to provide basic identity and contact information, either during the registration process or thereafter. This information may include the user's full name, e-mail addresses, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers. For each user, Truth Social may retain information about the date and time at which the user's profile was created, the date and time at which the account was created, and the IP address at the time of sign-up. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access a given Truth Social account.

24. A Truth Social user can post a personal photograph or image (also known as an "avatar") to his or her profile and can also change the profile background or theme for his or her account page. In addition, Truth Social users can post "bios" of 160 characters or fewer to their profile pages.

25. Truth Social also keeps IP logs for each user. These logs contain information about the user's logins to Truth Social including, for each access, the IP address assigned to the user and the date stamp at the time the user accessed his or her profile.

26. As discussed above, Truth Social users can use their Truth Social accounts to post "Truths" or "Retruths." Each Truth may include a timestamp that displays when the Truth was posted to Truth Social. Truth Social users can also "favorite," "retruth," or reply to the Truths of other users. In addition, when a Truth includes a Truth Social username, often preceded by the @ sign, Truth Social designates that Truth a "mention" of the identified user. In the "Connect" tab for each account, Truth Social provides the user with a list of other users who have favorited or retruthed the user's own Truths, as well as a list of all Truths that include the user's username (i.e., a list of all "mentions" and "replies" for that username). Here, if MONTAGUE was commenting on prior posts related to either the President, Attorney General Bondi, or DCOS Miller, those posts would likely still be available even if MONTAGUE's account has been deleted. Any prior comments by MONTAGUE related to the three targets of his June 27, 2025, threats are relevant to the crimes under investigation.

27. Truth Social users can include photographs or images in their Truths. Each Truth Social account also is provided a user gallery that includes images that the user has shared on Truth Social, including images uploaded by other services.

28. Truth Social users can also opt to include location data in their Truths, which will reveal the users' locations at the time they post each Truth. This "Truth With Location" function is off by default, so Truth Social users must opt in to the service. In addition, Truth Social users may delete their past location data.

29. When Truth Social users want to post a Truth that includes a link to a website, they can use Truth Social's link service, which converts the longer website link into a shortened link that begins with http://t.co. This link service measures how many times a link has been clicked.

30. A Truth Social user can "follow" other Truth Social users, which means subscribing to those users' Truths and site updates. Each user profile page includes a list of the people who are following that user (i.e., the user's "followers" list) and a list of people whom that user follows (i.e., the user's "following" list). Truth Socials users can "unfollow" users whom they previously followed, and they can also adjust the privacy settings for their profile so that their Truths are visible only to the people whom they approve, rather than to the public (which is the default setting). A Truth Social user can also group other Truth Social users into "lists" that display on the right side of the user's home page on Truth Social. Truth Social also provides users with a list of "Who to Follow," which includes a few recommendations of Truth Social accounts that the user may find interesting, based on the types of accounts that the user is already following and who those people follow.

31. In addition to posting Truths, a Truth Social user can also send Direct Messages (DMs) to one of his or her followers. These messages are typically visible only to the sender and the recipient, and both the sender and the recipient have the ability to delete the message from the inboxes of both users.  MONTAGUE's communications with other Truth Social users may reveal more about his intent in making the June 27, 2025, threats, and/or his ability to carry out those threats.

32. Truth Social users can configure the settings for their Truth Social accounts in numerous ways. For example, a Truth Social user can configure his or her Truth Social account

to send updates to the user's mobile phone, and the user can also set up a "sleep time" during which Truth Social updates will not be sent to the user's phone.

33. Truth Social includes a search function that enables its users to search all public Truths for keywords, usernames, or subject, among other things.

34. Truth Social users can connect their Truth Social accounts to third-party websites and applications, which may grant these websites and applications access to the users' public Truth Social profiles.

35. If a Truth Social user does not want to interact with another user on Truth Social, the first user can "block" the second user from following his or her account.

36. In some cases, Truth Social users may communicate directly with Truth Social about issues relating to their account, such as technical problems or complaints. Social networking providers like Truth Social typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. Truth Social may also suspend a particular user for breaching Truth Social's terms of service, during which time the Truth Social user will be prevented from using Truth Social's services.

37. Therefore, the computers of Truth Social are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Truth Social, such as account access information, transaction information, and other account information.

## CONCLUSION

38. Based on the forgoing, there is probable cause to find that MONTAGUE has violated 18 U.S.C. § 115(a)(1)(B), 18 U.S.C. § 871, and 18 U.S.C. § 875(c). Further, there is probable cause to find that T Media Tech LLC contains potential "Truths," "ReTruths," "mentions," direct messages, and general activity by MONTAGUE on Truth Social that are relevant to the threats he posted on June 27, 2025, and the crimes under investigation. Accordingly, I respectfully request that the Court issue the proposed search warrant.

39. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on T Media Tech LLC. Because the warrant will be served on T Media Tech LLC, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

_Ciara Corbett_
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Sworn telephonically and signed electronically**
(specify reliable electronic means)

July 31, 2025
Date

**Providence, R.I.**
City and State

Judge's signature

Amy E. Moses, U.S. Magistrate Judge

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Truth Social user @tacoustic (the "Account") that is stored at premises owned, maintained, controlled, or operated by T Media Tech LLC, a company located at 1100 South Ocean Blvd., Palm Beach, FL 33480.

## ATTACHMENT B

### Particular Items to be Seized

**I.  Information to be disclosed by Truth Social and T Media Tech LLC:**

To the extent that the information described in Attachment A is within the possession, custody, or control of Truth Social and T Media Tech LLC, regardless of whether such information is located within or outside of the United States, and including any communications, records, files, logs, or information that has been deleted but is still available to Truth Social and T Media Tech LLC, (prior to account deletion on or about June 27, 2025, Truth Social and T Media Tech LLC is required to disclose to the government for each account or identifier listed in Attachment A:

  A. All business records and subscriber information, in any form kept, pertaining to the Account, including:

   1. Identity and contact information (past and current), including full name, email address, physical address, date of birth, phone number, gender, and other personal identifiers;

   2. All usernames (past and current) and the date and time each username was active, all associated accounts (including those linked by machine cookie, IP address, email address, or any other account or device identifier), and all records or other information about connections with third-party websites and mobile apps (whether active, expired, or removed);

   3. Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records;

    4. Devices used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, and apps and web browsers;

    5. All advertising information, including advertising IDs, ad activity, and ad topic preferences;

    6. Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers, from June 1, 2025, to June 27, 2025;

    7. Privacy and account settings, including change history; and

    8. Communications between Truth Social and T Media Tech LLC and any person regarding the account, including contacts with support services and records of actions taken;

B. All content, records, and other information relating to communications sent from or received by the Account from June 1, 2025, to June 27, 2025, including but not limited to:

    1. The content of all Truths created, drafted, favorited/liked, or retruthed by the Account, and all associated multimedia, metadata, and logs;

    2. The content of all direct messages sent from, received by, stored in draft form in, or otherwise associated with the Account, including all attachments, multimedia, header information, metadata, and logs;

C. All other content, records, and other information relating to all other interactions between the Account and other Truth Social and T Media Tech LLC users from June 1, 2025, to June 27, 2025, including but not limited to:

1. All users the Account has followed, unfollowed, muted, unmuted, blocked, or unblocked, and all users who have followed, unfollowed, muted, unmuted, blocked, or unblocked the Account;

2. All information from the "Connect" or "Notifications" tab for the account, including all lists of Truth Social and T Media Tech LLC users who have favorited or retruthed truths posted by the account, as well as all truths that include the username associated with the account (i.e., "mentions" or "replies");

3. All contacts and related sync information; and

4. All associated logs and metadata;

D. All other content, records, and other information relating to the use of the Account, including but not limited to:

1. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

2. All multimedia uploaded to, or otherwise associated with, the Account;

3. All records of searches performed by the Account from June 1, 2025 to June 27, 2025;

4. All location information, including all location data collected by any plugins, widgets, or the "Truth With Location" service, from June 1, 2025 to June 27, 2025; and

5. All information about the Account's use of Truth Social and T Media Tech LLC's link service, including all longer website links that were shortened

by the service, all resulting shortened links, and ail information about the number of times that a link posted by the Account was clicked.

Truth Social and T Media Tech LLC is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence of violations of Title 18, United States Code, Sections l 15(a)(l)(B) (Threats to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer), 871 (threats Against President), and 875(c) (Interstate Threats), those violations involving Carl D. Montague and occurring on June 27, 2025 or prior to, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

a) Threats to Government officials including the President of the United States and the FBI;

b) Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

c) Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

d) The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

e) The identity of the person(s) who communicated with the Account about matters relating to threats of violence to Federal Government officials and the FBI including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and

instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.